Michael J. Daher, Esq.
Attorney of Record
The Law Firm of Michael J. Daher
125 Old Lake St.
West Harrison, N.Y. 10604
T: (914) 522-3050, F: (914) 428-9356
Michael@MDaherLaw.com

Roy Den Hollander, Esq.
Of Counsel
545 East 14 Street, 10D
New York, N.Y. 10009
rdenhollander97@gsb.columbia.edu

Attorneys for Plaintiff and Plaintiff putative class

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

-------------------------------------------------------------------x
ALLISON MARIE KYLE, as guardian ad litem
for her daughter E.K.L. who is suing as Plaintiff
on behalf of herself and all others similarly situated,

           -against-

SELECTIVE SERVICE SYSTEM,
DIRECTOR OF SELECTIVE SERVICE,
    LAWRENCE G. ROMO, in his official capacity,

                    Defendants.
-------------------------------------------------------------------x

Case No. 2:15-cv-05193-ES-JAD

**NOTICE OF MOTION FOR ADMISSION PRO HAC VICE**

      PLEASE TAKE NOTICE that the attorney for Plaintiff and Plaintiff putative class, Michael J. Daher, will move before the Honorable Esther Salas, U.S.D.J. on August 3, 2015 for an Order permitting attorney Roy Den Hollander, who is an attorney in good standing before the bars of the State of New York, the U.S. Southern District of New York, the U.S. Eastern District of New York, the U.S. Court of Appeals for the Second Circuit and the U.S. Supreme Court, to appear and participate in the above caption case.

2

An affidavit by attorney Roy Den Hollander in compliance with Civ. Rule 101.1 is attached

Dated: July 7, 2015
      West Harrison, N.Y.                      Respectfully submitted

                                                    s/ Michael J. Daher

                                                    Michael J. Daher, Esq.
                                                    Attorney of Record for Plaintiff
                                                    Identification No. 054172013
                                                    125 Old Lake St.
                                                    West Harrison, N.Y. 10604
                                                    T: (914) 522-3050
                                                    Michael@MDaherLaw.com