UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------x
ALLISON MARIE KYLE, as guardian ad litem
for her daughter E.K.L. who is suing as Plaintiff
on behalf of herself and all others similarly situated,

            -against-

SELECTIVE SERVICE SYSTEM,
DIRECTOR OF SELECTIVE SERVICE,
    LAWRENCE G. ROMO, in his official capacity,

    Defendants.
-------------------------------------------------------------------x

Civil Action No.

**AFFIDAVIT PRO HAC VICE APPLICANT**

STATE OF NEW YORK    )
                          ) ss:
COUNTY OF NEW YORK  )

ROY DEN HOLLANDER, being duly sworn, deposes and says:

    1. The guardian ad litem has agreed that I will represent her and her daughter *pro bono* in a civil rights class action challenging the Selective Service Act that prohibits females from registering for the military draft.

    2. The guardian ad litem and her daughter the plaintiff in interest are residents of Morris County in New Jersey and the residency for the Selective Service is Arlington, Virginia.

    3. Since I am an attorney located in New York City and the guardian ad litem and the plaintiff in interest are located in New Jersey, the logical choice of venue is New Jersey.

    4. I have practiced law as a civil litigator for over 25 years and was formerly an associate at Cravath, Swaine & Moore in that firm's litigation department.

    5. In 1987, I was admitted to practice in the Appellate Division, First Judicial Department of the New York State Supreme Court. A certificate of good standing is attached as Exhibit A.

6. In 2002, I was admitted to practice before the U.S. District Court for the Southern District of N.Y. A certificate of good standing is attached as Exhibit B.

7. In 2002, I was admitted to practice before the U.S. District Court for the Eastern District of N.Y. A certificate of good standing is attached as Exhibit C.

8. In 2007, I was admitted to practice before the U.S. Court of Appeals for the Second Circuit. A certificate of good standing is attached as Exhibit D.

9. In 2009, I was admitted to practice before the U.S. Supreme Court. A certificate of good standing is attached as Exhibit E.

10. I am a member in good standing in each of the courts listed above. There are no disciplinary proceedings pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

*[signature]*

Roy Den Hollander, Esq.
Attorney at Law
545 East 14 Street, 10D
New York, N.Y. 10009
(917) 687 0652
rdenhollander97@gsb.columbia.edu

Sworn to before me on the
13 day of May 2015

*[signature]*
Notary Public

MELISSA B CANTORAL
Notary Public - State of New York
NO. 01CA6247974
Qualified in Queens County
My Commission Expires 9/6/15

2