# Exhibit B

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

**ROY DEN HOLLANDER**, Bar # **RH1957**

was duly admitted to practice in this Court on

**DECEMBER 10th, 2002**, and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at <u>New York, New York</u>   on   **DECEMBER 11th, 2014**

Ruby J. Krajick
Clerk

by _____
Deputy Clerk