# Exhibit C

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

Eastern     **DISTRICT OF**     New York

**CERTIFICATE OF GOOD STANDING**

*I,*    DOUGLAS C. PALMER    *, Clerk of this Court,*

*certify that*    ROY DEN HOLLANDER    *, Bar #* -------------------------- ,

*was duly admitted to practice in this Court on*

JANUARY 6, 2003 *, and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at*    BROOKLYN, N.Y.    *on*    DECEMBER 11, 2014 .
             LOCATION                               DATE

DOUGLAS C. PALMER           ELIZABETH GODDARD
*CLERK*                                       *DEPUTY CLERK*