# Exhibit E

# Supreme Court of the United States
## OFFICE OF THE CLERK
## WASHINGTON, D.C. 20543



## ROY DEN HOLLANDER
## OF NEW YORK, NY

was duly admitted and qualified as an Attorney and Counselor for the Supreme Court of the United States on the seventeenth day of August, in the year two thousand and nine, and is now a member of the Bar of this Court in good standing.

In testimony, whereof, as Clerk of said Court, I have hereunto set my hand and affixed the seal of said Court, at the City of Washington, this seventeenth day of December 2014.

*Scott S. Harris*
*Clerk of the Supreme Court*
*of the United States*

By

Assistant Admissions Officer