Michael J. Daher, Esq.
Attorney of Record
The Law Firm of Michael J. Daher
125 Old Lake St.
West Harrison, N.Y. 10604
T: (914) 522-3050, F: (914) 428-9356
Michael@MDaherLaw.com

Roy Den Hollander, Esq.
Of Counsel
545 East 14 Street, 10D
New York, N.Y. 10009
rdenhollander97@gsb.columbia.edu

Attorneys for Plaintiff and Plaintiff putative class

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

---------------------------------------------------------------------x
ALLISON MARIE KYLE, as guardian ad litem
for her daughter E.K.L. who is suing as Plaintiff              Case No. 2:15-cv-05193-ES-JAD
on behalf of herself and all others similarly situated,

                                                             **ORDER GRANTING**
      -against-                                     **PRO HAC VICE ADMISSION**

SELECTIVE SERVICE SYSTEM,
DIRECTOR OF SELECTIVE SERVICE,
      LAWRENCE G. ROMO, in his official capacity,

      Defendants.
---------------------------------------------------------------------x

      THIS MATTER having been brought before the Court by Michael J. Daher, Esq., attorney of record for Plaintiff and Plaintiff putative class, for an Order allowing Roy Den Hollander, Esq., to appear and participate *pro hac vice*, and the Court having considered the moving papers;

      IT IS on this ___ day of _____, 2015,

ORDERED that Roy Den Hollander, Esq., a member of the bar of the State of New York, be permitted to appear *pro hac vice* in the above captioned matter pursuant to L.Civ.R. 101.1(c); and it is further

ORDERED that all pleadings, briefs, and other papers filed with the Court shall be signed by a Michael J. Daher, Esq., attorney of record for Plaintiff and Plaintiff putative class, who is admitted to the Bar of this Court, who shall be held responsible for the papers and conduct of the case, and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

ORDERED that Roy Den Hollander, Esq., shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within Twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that Roy Den Hollander, Esq., shall make payment of $150.00 to the Clerk of the United States District Court of New Jersey in accordance with L.Civ.R. 101.1(c)(3) within twenty (20) days of the date of the entry of this Order; and it is further

ORDERED that Roy Den Hollander, Esq., shall be bound by the Rules of United States District Court of New Jersey, including, but not limited to the provisions of L.Civ.R. 103.1, *Judicial Ethics and Professional Responsibility*, and L.Civ.R. 104.1, *Discipline of Attorney*.

                                                                                                         _____
Honorable Esther Salas
United States District Judge for the
District of New Jersey