Michael J. Daher, Esq.
Attorney of Record
Identification No. 054172013
The Law Firm of Michael J. Daher
125 Old Lake St.
West Harrison, N.Y. 10604
T: (914) 522-3050, F: (914) 428-9356
Michael@MDaherLaw.com

Roy Den Hollander, Esq.
Of Counsel
545 East 14 Street, 10D
New York, N.Y. 10009
rdenhollander97@gsb.columbia.edu

Attorneys for Plaintiff and Plaintiff putative class

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**
------------------------------------------------------------------------x
ALLISON MARIE KYLE, as guardian ad litem
for her daughter E.K.L. who is suing as Plaintiff         Case No. 2:15-cv-05193-ES-JAD
on behalf of herself and all others similarly situated,

            -against-                               **LOCAL COUNSEL
                                                          PRO HAC VICE
                                                          CERTIFICATION**

SELECTIVE SERVICE SYSTEM,
DIRECTOR OF SELECTIVE SERVICE,
     LAWRENCE G. ROMO, in his official capacity,

                 Defendants.
------------------------------------------------------------------------x

      I, Michael J. Daher, certify that I am admitted to practice before the Courts of the State of New Jersey and the United States District Court for the District of New Jersey. I am a member in good standing of both bars, and I am not under suspension or disbarment by these courts or by any other court or jurisdiction.

      I submit this Certification in support of the application by plaintiff Allison Marie Kyle, as guardian ad litem for her daughter E.K.L., for the admission *pro hac vice* of Roy Den Hollander,

1

Esq., Attorney at Law, 545 East 14 Street, 10D, New York, New York 10009, to appear in this action as co-counsel for Plaintiff and Plaintiff putative class.

Pursuant to Local Civil Rule 101.1, I understand that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed by me.  Further, I agree to promptly notify the attorney admitted *pro hac vice* of the receipt of all notices, orders and pleadings.

Pursuant to Local Civil Rule 101.1, I understand that I shall be held responsible for the conduct of the case and shall be present before the Court during all phases of these proceedings, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice*.

On behalf of Plaintiff and Plaintiff putative class, I respectfully request that the Court grant this application to have Roy Den Hollander, Esq., admitted *pro hac vice* to appear and participate in this matter pursuant to Local Civil Rule 101.1(c).  I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

An affidavit by attorney Roy Den Hollander in compliance with Civ Rule 101.1 is included

Dated: July 7, 2015
       West Harrison, N.Y.

                                              Respectfully submitted

                                              /s/ Michael J. Daher
                                              _____
                                              Michael J. Daher, Esq.
                                              125 Old Lake St.
                                              West Harrison, N.Y. 10604
                                              T: 1-914-522-3050
                                              F: 1-914-428-9356
                                              Michael@MDaherLaw.com