Michael J. Daher, Esq.
The Law Firm of Michael J. Daher
125 Old Lake St.
West Harrison, NY 10604
T: (914) 522-3050
F: (914) 428-9356
Michael@MDaherLaw.com
www.MDaherLaw.com

July 29, 2015

The Honorable Judge Esther Salas
U.S. District Court for New Jersey
Martin Luther King Building, Room 5A
50 Walnut Street
Newark, N.J. 07101

<u>**Kyle v. Selective Service System et al., 2:15-cv-05193-ES-JAD**</u>

Dear Judge Salas:

    This letter is to provide additional relevant information regarding my *pro hac vice* motion to admitted attorney Roy Den Hollander for the above captioned case.

    Since the filing of my motion, Mr. Den Hollander has been admitted to practice in the Third Circuit U.S. Court of Appeals. Please see attached.

    Thank you for your time.

Sincerely,

Michael J. Daher, Esq.
Identification No. 054172013

cc:    Paul J. Fishman, Esq.
        U.S. Attorney for New Jersey
        Civil Division
        U.S. Attorney's Office
        970 Broad Street, 7th Floor
        Newark, N.J. 07102