Michael J. Daher, Esq.
Attorney of Record
Identification No. 054172013
The Law Firm of Michael J. Daher
125 Old Lake St.
West Harrison, N.Y. 10604
T: (914) 522-3050, F: (914) 428-9356
Michael@MDaherLaw.com

Roy Den Hollander, Esq.
Of Counsel
545 East 14 Street, 10D
New York, N.Y. 10009
rdenhollander97@gsb.columbia.edu

Attorneys for Plaintiff and Plaintiff putative class

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**
--------------------------------------------------------------------x
ALLISON MARIE KYLE, as guardian ad litem
for her daughter E.K.L. who is suing as Plaintiff          Case No. 2:15-cv-05193-ES-JAD.
on behalf of herself and all others similarly situated,

                           **CERTIFICATION PRO HAC
            -against-        VICE APPLICANT**
                -
SELECTIVE SERVICE SYSTEM,
DIRECTOR OF SELECTIVE SERVICE,
        LAWRENCE G. ROMO, in his official capacity,

        Defendants.
--------------------------------------------------------------------x


I, ROY DEN HOLLANDER, certify that:

1.  I am a member in good standing in the following courts:

    a.  The Appellate Division, First Judicial Department of the New York State

        Supreme Court.

    b.  The U.S. District Court for the Southern District of N.Y.

    c.  The U.S. District Court for the Eastern District of N.Y.

    d.   The U.S. Court of Appeals for the Second Circuit.

    e.   The U.S. Court of Appeals for the Third Circuit

    f.   The U.S. Supreme Court.

2.  I am not subject to any disciplinary proceedings and no discipline has previously been imposed on me in any jurisdiction.

3.  I will abide by the local civil rules of the U.S. District Court for New Jersey.

4.  I have practiced law as a civil litigator for over 25 years and was formerly an associate at Cravath, Swaine & Moore in that firm's litigation department.

5.  I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  August 13, 2015
        New York, N.Y.

Respectfully submitted,

/S/ Roy Den Hollander
_____
Roy Den Hollander, Esq.
Attorney at Law
545 East 14 Street, 10D
New York, N.Y. 10009
(917) 687 0652
rdenhollander97@gsb.columbia.edu