**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

-----------------------------------------------------------------------x
ALLISON MARIE KYLE, as guardian ad litem
for her daughter E.K.L. who is suing as Plaintiff          Case No. 2:15-cv-05193-ES-JAD
on behalf of herself and all others similarly situated,

            -against-

SELECTIVE SERVICE SYSTEM,
DIRECTOR OF SELECTIVE SERVICE,
      LAWRENCE G. ROMO, in his official capacity,

                      Defendants.
-----------------------------------------------------------------------x

### REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION

      Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

      1. An order of the Court granting a motion to appear *pro hac vice* in the within matter was entered on August 18, 2015, in the above captioned case, docket number 12; and

      2. Since admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated:  West Harrison, N.Y                         s/ Michael J. Daher
           August 21, 2015

                                          Michael J. Daher, Esq.
                                          Attorney of Record for Plaintiff
                                          Identification No. 054172013
                                          125 Old Lake St.
                                          West Harrison, N.Y. 10604
                                          T: (914) 522-3050
                                          Michael@MDaherLaw.com

PRO HAC VICE ATTORNEY INFORMATION:
Name:       Roy Den Hollander
Address:    545 East 14 Street, 10D
                New York, NY 10009
Tel:          (917) 687-0652
e-Mail:     rdenhollander97@gsb.columbia.edu