**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

------------------------------------------------------------------x

ALLISON MARIE KYLE, as guardian ad litem      Case No.
for her daughter E.K.L. who is suing as Plaintiff     2:15-cv-05193-ES-JAD
on behalf of herself and all others similarly situated,

            -against-                        **NOTICE OF
APPEARANCE BY
ROY DEN HOLLANDER**

SELECTIVE SERVICE SYSTEM,
DIRECTOR OF SELECTIVE SERVICE,
      LAWRENCE G. ROMO, in his official capacity,

                                Defendants.

------------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

       Please enter my appearance as counsel in this case for Plaintiff E.K.L., who is

represented by her mother Allison Marie Kyle as guardian ad litem for E.K.L., and the

putative plaintiff class.

       I hereby certify under penalty of perjury that I have been admitted *pro hac vice* to

practice before the United States District Court for the District of New Jersey in the

above captioned case.  I am a member in good standing of the Appellate Division, First

Judicial Department of the New York State Supreme Court; the U.S. District Court for

the Southern District of N.Y.; the U.S. District Court for the Eastern District of N.Y.; the

U.S. Court of Appeals for the Second Circuit; the U.S. Court of Appeals for the Third

Circuit; the U.S. Supreme Court; and I am not under suspension or disbarment by these

courts or by any other court or jurisdiction.

Dated:  August 22, 2015
       New York, N.Y.

                              Respectfully submitted,

                              /S/ Roy Den Hollander

Roy Den Hollander, Esq.
Counsel for Plaintiff Class
545 East 14 Street, 10D
New York, N.Y. 10009
(917) 687-0652
rdenhollander97@gsb.columbia.edu