CHAD A. READLER
   Acting Assistant Attorney General
WILLIAM E. FITZPATRICK
   Acting United States Attorney
ANTHONY J. COPPOLINO
   Deputy Branch Director
ANDREW E. CARMICHAEL
   Trial Attorney
   United States Department of Justice
   Civil Division, Federal Programs Branch
   20 Massachusetts Ave., N.W.
   Washington, DC 20530
   Tel: (202) 514-3346
   Email: Andrew.e.carmichael@usdoj.gov
*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **ELIZABETH KYLE-LABELL**, *on behalf of herself and all others similarly situated*, <br><br>**Plaintiff,** <br><br>v. <br><br>**SELECTIVE SERVICE SYSTEM AND DONALD M. BENTON**, Director of Selective Service System, *in his official capacity*, <br><br>**Defendants.** | HON. ESTHER SALAS <br><br> Civ Action No. <br> 2:15-cv-05193-ES-JAD |

**NOTICE OF MOTION**

     PLEASE TAKE NOTICE that on September 18, 2017, at 10:00 AM, or as soon thereafter as counsel may be heard, undersigned counsel for defendants Selective Service System and Donald M. Benton, in his official capacity as Director of the Selective Service System, will apply to this Court for an order dismissing plaintiff's claims pursuant to Fed. R. Civ. P. 12 (b)(1). In support of this motion, defendants respectfully refer the Court to the memorandum of law in support of the

motion to dismiss the amended complaint (with attached exhibit).  A proposed order is also attached.

| | |
|---|---|
| Dated:   August 25, 2017 | Respectfully submitted,<br><br>CHAD A. READLER<br>Acting Assistant Attorney General<br><br>WILLIAM E. FITZPATRICK<br>Acting United States Attorney<br><br>ANTHONY J. COPPOLINO<br>Deputy Branch Director<br><br>*/s/ Andrew E. Carmichael*<br>ANDREW E. CARMICHAEL<br>VA BAR NO. 76578<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., N.W.<br>Washington, DC 20530<br>Tel: (202) 514-3346<br>Email: Andrew.e.carmichael@usdoj.gov<br><br>*Counsel for Defendants* |