**Not for Publication**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ELIZABETH KYLE-LABELL,** on behalf of herself and all others similarly situated, | Civil Action No. 15-5193 (ES) (JAD) |
| Plaintiff, | ORDER |
| v. | |
| **SELECTIVE SERVICE SYSTEM, et al.,** | |
| Defendants. | |

**SALAS, DISTRICT JUDGE**

Pending before the Court is Defendants Selective Service System and Donald M. Benton's[1] (together, "Defendants") motion to dismiss Plaintiff's Second Amended Complaint under Federal Rule of Civil Procedure 12(b)(1) for lack of standing (D.E. No. 69); and the Court having considered the parties' submissions and decided the matter without oral argument under Federal Rule of Civil Procedure 78(b); and for the reasons stated in the Court's accompanying Opinion;

IT IS on this 29th day of March 2018;

**ORDERED** that Defendants' motion is DENIED *without prejudice*; and it is further

**ORDERED** that the Clerk of Court shall TERMINATE docket entry number 69.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**

---

[1] Under Federal Rule of Civil Procedure 25(d), Donald M. Benton automatically replaced Lawrence G. Romo in this litigation.