Michael J. Daher, Esq.
The Law Firm of Michael J. Daher
125 Old Lake St.
West Harrison, NY 10604
T: (914) 522-3050
F: (914) 428-9356
Michael@MDaherLaw.com
www.MDaherLaw.com

May 1, 2018

The Honorable Judge Esther Salas
U.S. District Court for New Jersey
Martin Luther King Building, Room 5A
50 Walnut Street
Newark, N.J. 07101

**Kyle-LaBell v. Selective Service System et al., 2:15-cv-05193-ES-JAD**

Dear Judge Salas:

I am local counsel in the above captioned case and one of three attorneys representing the plaintiff Elizabeth Kyle-LaBell.

Your Honor's Order of April 18, 2018, set a deadline of May 18, 2018, for Defendants to file a renewed motion to dismiss the Amended Complaint, raising all remaining bases for dismissal.

I am writing to inquire as to the date of the deadline for Plaintiff to file her brief in opposition.

Respectfully,

s/Michael J. Daher
Michael J. Daher, Esq.
Identification No. 054172013

Copy via ECF to:
Andrew E. Carmichael
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 514-3346
Email: Andrew.e.carmichael@usdoj.gov