Michael J. Daher, Esq.
The Law Firm of Michael J. Daher
125 Old Lake St.
West Harrison, NY 10604
T: (914) 522-3050
F: (914) 428-9356
Michael@MDaherLaw.com
www.MDaherLaw.com

October 16, 2018

The Honorable Judge Esther Salas
U.S. District Court for New Jersey
Martin Luther King Building, Room 5A
50 Walnut Street
Newark, N.J. 07101

<u>**Kyle v. Selective Service System et al., 2:15-cv-05193-ES-JAD**</u>

Dear Judge Salas:

     Your Honor has scheduled oral argument in your courtroom on December 4, 2018, for the Defendants' motion to dismiss in the above captioned case.

     While I am the attorney of record, I am requesting that I be excused from attendance. My role in this case has been to obtain admission for attorney Roy Den Hollander *pro hac vice*. Mr. Den Hollander has done all the research and writing and conducted our side's argument during the telephone conference call of June 21, 2016. I have, of course, reviewed all the papers submitted since the Court's rules require such and require my signature. My appearance, however, at the upcoming oral argument will not add anything to Plaintiff's argument and the Plaintiff has no objection.

     I, therefore, respectfully request that my attendance be excused.

     Thank you for your consideration.

     Sincerely,
     <u>s/ Michael J. Daher</u>

     Michael J. Daher, Esq.
     Identification No. 054172013