

**U.S. Department of Justice**

Civil Division, Federal Programs Branch

| *Via U.S. Mail:* | *Via Courier:* |
|---|---|
| P.O. Box 883 | 1100 L Street, NW |
| Washington, DC 20044 | Washington, DC 20005 |

Andrew E. Carmichael  
Trial Attorney

Tel: (202) 514-3346  
Fax: (202) 616-8470

andrew.e.carmichael@usdoj.gov

January 30, 2019

**BY ECF**

The Honorable Esther Salas  
United States District Judge  
Martin Luther King Building & U.S. Courthouse  
50 Walnut Street Room 4015  
Newark, New Jersey 07101

      Re:    *Kyle v. Selective Service System et al.*, Docket No. 2:15-cv-05193-ES-JAD (D.N.J.)

Dear Judge Salas,

      I write to provide the Court with the Interim Report from the National Commission on Military, National and Public Service ("Commission") which was publicly released on January 23, 2019 and available on the Commission's public website.  *See* https://www.inspire2serve.gov/.  As stated on the Commission's website, the Interim Report "shares information about the Commission's efforts to explore military, national, and public service across the United States, outlines what the Commission learned and is considering, and looks forward to what's ahead in 2019."  *See id*.  The Commission's Interim Report is attached as Exhibit 1.

      Respectfully submitted,

      JOSEPH H. HUNT  
      Assistant Attorney General

      ANTHONY J. COPPOLINO  
      Assistant Branch Director

      */s/ Andrew E. Carmichael*  
      ANDREW E. CARMICHAEL  
      Trial Attorney  
      United States Department of Justice  
      Civil Division, Federal Programs Branch

cc:    Michael J. Daher, Esq. (By ECF)  
       Roy Den Hollander, Esq. (By ECF)