## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELIZABETH KYLE-LABELL et al., <br><br> Plaintiffs, <br><br> v. <br><br> SELECTIVE SERVICE SYSTEM et al., <br><br> Defendants. | No. 2:15-cv-05193-ES-JAD <br><br> **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

Notice is hereby given that, subject to approval by the court, Plaintiff Elizabeth Kyle-Labell substitutes Gary R. Studen, State Bar No. 019012009, as counsel of record in place of Michael John Daher and Roy Den Hollander.

Contact information for new counsel is as follows:

       Firm Name:Boies Schiller Flexner LLP
       Address:55 Hudson Yards, New York, NY 10001
       Telephone:(212) 446-2300
       Facsimile:(212) 446-2350
       E-Mail:gstuden@bsfllp.com

I consent to the above substitution.

Date: 6/20/19

_Elizabeth Kyle-LaBell_
Elizabeth Kyle-Labell

I consent to being substituted.

Date: 6/20/2019

_Michael John Daher_
Michael John Daher

Date: 6/20/19

_Roy Den Hollander_
Roy Den Hollander

I consent to the above substitution.

Date: 6/20/19

_Gary R. Studen_
Gary R. Studen

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Honorable Joseph A. Dickson

2