

The Honorable Esther Salas
United States District Judge
District of New Jersey
Martin Luther King Building
50 Walnut Street
Newark, NJ 07102

      Re:  *Kyle-Labell v. Selective Service System et al.*, 2:15-cv-05193-ES-JAD

Dear Judge Salas:

      This firm represents Plaintiff Elizabeth Kyle-Labell in the above-referenced matter. Prior to this firm's substitution as counsel in June 2019, Ms. Kyle-Labell and Monica Patricia Pinto, another named plaintiff, were represented by Michael Daher. On February 6, 2016, Mr. Daher filed a letter with the Court advising that Ms. Pinto sought to withdraw as a plaintiff class representative, leaving Ms. Kyle-Labell as the sole representative of the putative class. Dkt. No. 44 and attached hereto as Exhibit A.

      We respectfully request that Ms. Pinto be terminated from the docket. We thank the Court for its attention to this matter.

      Respectfully submitted,

      /s/ Gary R. Studen

      Gary R. Studen