# EXHIBIT A

Michael J. Daher, Esq.
The Law Firm of Michael J. Daher
125 Old Lake St.
West Harrison, NY 10604
T: (914) 522-3050
F: (914) 428-9356
Michael@MDaherLaw.com
www.MDaherLaw.com

February 5, 2016

The Honorable Judge Esther Salas
U.S. District Court for New Jersey
Martin Luther King Building, Room 5A
50 Walnut Street
Newark, N.J. 07101

<u>Kyle v. Selective Service System et al., 2:15-cv-05193-ES-JAD</u>

Dear Judge Salas:

Monica Patricia Pinto, one of the two named plaintiffs in this putative class action case, has withdrawn her name as a potential class representative. Elizabeth Kyle-LaBell, who is 18 years-old, remains as the named plaintiff and potential class representative.

Thank you for your time.

Sincerely,

Michael J. Daher, Esq.
Identification No. 054172013

Copy via ECF to:
Megan A. Crowley
U.S. Department of Justice
20 Massachusetts Ave., N.W.
Washington, DC 20530