Michael J. Daher, Esq.
Attorney of Record for Plaintiff
Identification No. 054172013
The Law Firm of Michael J. Daher
125 Old Lake St.
West Harrison, N.Y. 10604
T: (914) 522-3050, F: (914) 428-9356
Michael@MDaherLaw.com
www.MDaherLaw.com

Cara Marie DiBiase, Esq.
Attorney for Plaintiff
Identification No. 019942009
The Law Office of Cara Marie
    DiBiase, Esq.
2 Nymph Road
West Orange, N.J. 07052
T: (862) 216-7689
F: (862) 902-1592
CaraDiBiase@gmail.com

Roy Den Hollander, Esq.
*Pro Hac Vice*
Attorney for Plaintiff
545 East 14 Street, 10D
New York, N.Y. 10009
T: (917) 687-0652
rdenhollander97@gsb.columbia.edu

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

---------------------------------------------------------------------x
ELIZABETH KYLE-LABELL, on behalf of herself
and all others similarly situated,

                                  Plaintiff,

      v.

SELECTIVE SERVICE SYSTEM,
DIRECTOR OF SELECTIVE SERVICE,
    DONALD M. BENTON, in his official capacity,

                                 Defendants.
---------------------------------------------------------------------x

No. 2:15-cv-05193
ES-JAD

**NOTICE OF MOTION FOR CLASS CERTIFICATION OF PLAINTIFF'S CLASS PURSUANT TO FED. R. CIV. P. 23 (a) and 23(b)(2)**

    PLEASE TAKE NOTICE that undersigned counsel for Plaintiff Elizabeth Kyle-LaBell will apply to this Honorable Court requesting that the Plaintiff Class

be certified pursuant to Rule 23(a) and 23(b)(2) of the Federal Rules of Civil Procedure. Plaintiff relies on the accompanying memorandum and the Daher Declaration with exhibits. A proposed order is attached.

      Plaintiff's counsel has conferred with Defendants' counsel to determine if Defendants would consent to the relief requested in this motion. Defendants informed Plaintiffs that they do not consent.

Dated: April 5, 2019
      West Harrison, N.Y.

                                                  Respectfully submitted,

                                                  /s/ Michael J. Daher
                                                Michael J. Daher, Esq.
                                                The Law Firm of Michael J. Daher
                                                125 Old Lake St.
                                                West Harrison, NY 10604
                                                T: (914) 522-3050
                                                F: (914) 428-9356
                                                Michael@MDaherLaw.com
                                                www.MDaherLaw.com