**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES DISTRICT JUDGE | MARTIN LUTHER KING<br>COURTHOUSE<br>50 WALNUT ST.<br>ROOM 5076<br>NEWARK, NJ 07101<br>973-297-4887 |

May 29, 2020

**LETTER ORDER**

**Re:** *Elizabeth Kyle-Labell v. Selective Service System, et al.*
  **Civil Action No. 15-5193 (ES) (JAD)**

Dear counsel:

Pending before the Court is Plaintiff's motion to certify the putative class. (D.E. No. 115). The Court hereby schedules oral argument on the pending motion for **June 25, 2020, at 2:00 p.m.,** to be conducted telephonically. The Court will provide counsel with the telephonic dial-in instructions closer to the scheduled date.

In view of the foregoing, the Clerk of Court shall TERMINATE docket entry number 115 for ADMINISTRATIVE PURPOSES ONLY.

**SO ORDERED.**

  *s/Esther Salas*
  **Esther Salas, U.S.D.J.**