

May 27, 2022

<u>VIA ECF</u>
Honorable Jessica S. Allen
US Magistrate Judge
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      **Re:**    ***Kyle-Labell vs. Selective Service System et al, Civil Action No.* 2:15-cv-05193-KSH-JSA**

Dear Judge Allen:

      This firm represents Plaintiff Elizabeth Kyle-Labell in connection with the above-captioned matter.

      Pursuant to Local Civil Rule 101.1(c)(5), we respectfully request Your Honor's approval of the withdrawal of Ilana R. Miller as *pro hac vice* counsel for Plaintiff and to direct the clerk to remove Ms. Miller from electronic noticing in this matter. Ms. Miller was admitted *pro hac vice* by the Court's Order on August 20, 2019 (D.E. 114).

      If Your Honor approves, we respectfully request that Your Honor "So Order" this letter and have it filed on the docket.

      Thank you for your consideration.

                          Respectfully submitted,

                          */s/ Sabina Mariella*

                          Sabina Mariella

cc:   All Counsel of Record *(via ECF)*