

October 17, 2023

**VIA ECF**

Honorable Jessica S. Allen
US Magistrate Judge
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

>   Re:   ***Kyle-Labell v. Selective Service System et al.*,**
>          **Case No. 2:15-cv-05193-KSH-JSA**

Dear Judge Allen:

This firm represents Plaintiff Elizabeth Kyle-Labell in connection with the above-captioned matter.

Pursuant to Local Civil Rule 101.1(c)(5), we respectfully request the Court's approval of the withdrawal of Joanna C. Wright as *pro hac vice* counsel for Plaintiff and direct the clerk to remove Ms. Wright from electronic noticing in this matter. Ms. Wright was admitted *pro hac vice* by the Court's Order on August 20, 2019. (D.E. 114).

If the Court approves, we respectfully requested that Your Honor "So Order" this letter and have it filed on the docket.

Thank you for your consideration.

Respectfully,

 /s/ *Sabina Mariella*
Sabina Mariella

cc:   All Counsel of Record (via ECF)