**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ELIZABETH KYLE-LABELL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SELECTIVE SERVICE SYSTEM, et al.,<br><br>Defendants. | Civ Action No.<br>2:15-cv-05193-KSH-JSA |

**JOINT STIPULATION OF DISMISSAL**
**PURSUANT TO RULE 41(a)(1)(A)(ii)**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Elizabeth Kyle-Labell and Defendants Selective Service System of the United States and, in his official capacity, Selective Service Director Craig T. Brown, by and through their respective counsel of record, hereby stipulate that the above-captioned action is voluntarily dismissed. Each party shall bear its own attorneys' fees and costs.

Dated: October 6, 2026

BRETT A. SHUMATE
Assistant Attorney General

KRISTINA A. WOLFE
Assistant Branch Director

*/s/ Liam C. Holland*
Liam C. Holland
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
(202) 514-4964
Liam.C.Holland@usdoj.gov

*Counsel for Defendants*

*/s/ Sabina Mariella*
Sabina Mariella
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, Floor 20
New York, New York 10001
(212) 446-2300
smariella@bsfllp.com

*Counsel for Plaintiff Elizabeth Kyle-Labell*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2026, I caused a true and correct copy of the foregoing Stipulation of Dismissal to be served upon all counsel of record via the Court's CM/ECF electronic filing system.

Dated: October 6, 2026

*/s/ Sabina Mariella*

Sabina Mariella
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, Floor 20
New York, New York 10001
(212) 446-2300
smariella@bsfllp.com

*Counsel for Plaintiff Elizabeth Kyle-Labell*